UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JUAN PABLO CERDA, | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | |
| | ) | 3:06-CV-2372-G |
| VS. | ) | |
| | ) | CRIMINAL ACTION NO. |
| UNITED STATES OF AMERICA, | ) | 3:05-CR-058(04)-G |
| | ) | |
| Respondent. | ) | **ECF** |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that

the findings, conclusions and recommendation of the Magistrate Judge are correct,

and they are **ADOPTED** as the findings and conclusions of the court.

**SO ORDERED**.

May 1, 2007.

_____
A. JOE FISH
CHIEF JUDGE